1   MELIDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   MARC PRICE WOLF (CABN 254495)
    Special Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-6488
        Fax: (415) 436-7234
7       E-Mail: marc.wolf@usdoj.gov

8
    Attorneys for the United States of America
9

10
                        UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

    UNITED STATES OF AMERICA,          )      Case No.  CR 13-00120 EMC
14                                      )
                 Plaintiff              )
15                                      )      STIPULATION AND [PROPOSED]
         v.                             )      ORDER CONTINUING STATUS DATE
16                                      )
    JASON BAUM,                         )
17                                      )
                 Defendant.             )
18   _____)

19       The parties, the United States of America and Defendant Jason Baum, stipulate to

20   request, jointly, that the Court continue the status conference currently set on April 3, 2013, at

21   2:30 p.m. to the new date of April 10, 2013, at 2:30 p.m., before this Court.

22   This joint request is made because counsel for the government has a conflict with the earlier

23   April date – a pretrial conference with Judge Seeborg for an upcoming trial.  Therefore, the

24   parties jointly request that the Court continue the matter to Wednesday, April, 10 2013, at 3:30

25   p.m.

26       Failing to exclude the time between April 3, 2013 and April 10, 2013 would unreasonably

27   deny the defendant continuity of counsel and would deny counsel the reasonable time necessary

28   for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

STIPULATION AND PROPOSED ORDER CONTINUING  HEARING DATE
CR 13-00120 EMC

1  3161(h)(7)(B)(iv).  Further, the ends of justice served by excluding the time between April 3,

2  2013 and April 10, 2013 from computation under the Speedy Trial Act outweigh the best

3  interests of the public and the defendant in a speedy trial.

4

5  SO STIPULATED.

6

7  Dated:  April 2, 2013                                       /s/
                                                        MARC PRICE WOLF
8                                                       Special Assistant United States Attorney

9

10 Dated:  April 2, 2013                                       /s/
                                                        ELIZABETH FALK
11                                                      Attorney for Defendant

12
                                    [PROPOSED] ORDER
13
        For the aforementioned reasons, the hearing in the above-captioned case is continued to
14
   April, 10 2013, at 2:30 p.m.  Further, the time between April 3, 2013 and April 10, 2013 shall be
15
   excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
16

17

18 IT IS SO ORDERED.

19 DATED: _____ 4/3/13

20    THE H                                                          CHEN
      UNITE                                                          GE
21

22

23

24

25

26

27

28